UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARYLON COOPER,<br>Plaintiff<br><br>v.<br><br>HEAD START BOARD OF DIRECTORS, INC.<br>Defendant | CIVIL ACTION NO. 07-340S |

**STIPULATION ENLARGING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Plaintiff, by and through her counsel, and Defendant, by and through its counsel, hereby stipulate and agree that Defendant shall have an enlargement of time up to and including November 1, 2007 to answer or otherwise respond to Plaintiff's complaint.

AGREED TO:

Plaintiff,

CARYLON COOPER

By her attorneys,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)
stephenfanning@msn.com

AGREED TO:

Defendant,

HEAD START BOARD OF DIRECTORS, INC.

By its attorneys,

/s/ Stacie Boeniger Collier
Stacie Boeniger Collier, Esq. (#3758
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
401 454-1000
401-454-1030 (FAX)
sbcollier@nixonpeabody.com

Dated: October 15, 2007