UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARYLON COOPER,<br>Plaintiff<br><br>v.<br><br>HEAD START BOARD OF DIRECTORS, INC.<br>Defendant | CIVIL ACTION NO. 07-340S |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Defendant Head Start Board of Directors, Inc. states that it has no parent corporation and is not publicly traded.

HEAD START BOARD OF DIRECTORS, INC.

By its attorneys,

/s/ Stacie Boeniger Collier

Stacie Boeniger Collier RI Bar #6059
Jillian Folger-Hartwell RI Bar #6970
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
scollier@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: November 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2007, an exact copy of the Corporate Disclosure Statement was electronically filed with the Electronic Case Filing system of the United Stated District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to Stephen T. Fanning, Esq., stephenfanning@msn.com.

/s/ Stacie Boeniger Collier