UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Carylon Cooper, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-340S |
| | : | |
| Head Start Board of Directors, Inc. | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Jillian S. Folger-Hartwell hereby enters her appearance as counsel for Defendant Head Start Board of Directors, Inc. Stacie Boeniger Collier remains as counsel for the above-named Defendant.

HEAD START BOARD OF DIRECTORS, INC.

By its attorneys,

/s/ Jillian S. Folger-Hartwell

Stacie Boeniger Collier RI Bar #6059
Jillian S. Folger-Hartwell RI Bar #6970
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
scollier@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2007, an exact copy of the Entry of Appearance was electronically filed with the Electronic Case Filing system of the United Stated District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to Stephen T. Fanning, Esq., stephenfanning@msn.com.

/s/ Jillian S. Folger-Hartwell