374 1996
274 5796

# United States District Court

DISTRICT OF

Carylon Cooper

V.

Head Start Board of Directors, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 340S

TO: (Name and address of defendant)

Head Start Board of Directors, Inc.
Raymond Dettore, Jr.
1177 Smith Street
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903
401-272-8250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/7/07

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 9-28-07 |
|---|---|
| NAME OF SERVER (PRINT) EDWIN J Semper JR | TITLE Federal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served AFS Raymond Dettore 1177 Smith St Prov RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45 | TOTAL 45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-28-07
Date

Edwin J Semper Jr
Signature of Server

56 Hunters Run N. Prov RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.