UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARYLON COOPER,<br>Plaintiff<br><br>v.<br><br>HEAD START BOARD OF DIRECTORS, INC.<br>Defendant | CIVIL ACTION NO. 07-340S |

Neal J. McNamara hereby enters his appearance on behalf of Defendant, Head Start Board of Directors, Inc..

Defendant, Head Start Board of Directors, Inc.,

By its attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza – 5th Floor
Providence, RI 02903

Dated: January 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and accurate copy of the within Entry of Appearance by regular mail, postage prepaid to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903, stephenfanning@msn.com, via electronic mail and regular mail, postage prepaid on this 24th day of January, 2008.

/s/ Neal J. McNamara