UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CARYLON COOPER, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-340S |
| | : | |
| HEAD START BOARD OF DIRECTORS, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

**DATE:** **Tuesday, March 18, 2008**

**TIME:** **10:00 A.M.**

**PLACE:** **NIXON PEABODY LLP**
**One Citizens Plaza, 5th Floor**
**Providence, RI 02903**

**DEPONENT:** **Carylon Cooper**

**PLEASE TAKE NOTICE** that Head Start Board of Directors, Inc., by and through the above-named attorneys, will take testimony on oral examination of the **CARYLON COOPER** on the dates and times set forth above before a Notary Public of the State of Rhode Island and thereafter from day-to-day as the taking of the deposition may be adjourned at the office of Nixon Peabody LLP, One Citizens Plaza, 5th Floor, Providence, Rhode Island, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

HEAD START BOARD OF
DIRECTORS, INC.

By its attorneys,

/s/ Stacie Boeniger Collier
Stacie Boeniger Collier (#6059)
Jillian Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
scollier@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: March 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Notice of Deposition will be served upon Stephen T. Fanning, Esq., Law Office of Stephen T. Fanning, 305 South Main Street, Providence, RI 02903 via the United States District Court's electronic filing system on this 3rd day of March, 2008.

/s/ Stacie Boeniger Collier