UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CARYLON COOPER, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-340S |
| | : | |
| HEAD START BOARD OF DIRECTORS, INC. | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO EXTEND TIME FOR DISCOVERY**

Defendant Head Start Board of Directors, Inc. ("Defendant") hereby moves to enlarge the close of discovery from May 27, 2008 up to and including July 28, 2008 and the deadline for the submission of dispositive motions from May 27, 2008 to August 28, 2008. Defendant seeks this extension because the parties have been trying to settle the case and are still in settlement discussions but require more time to see if settlement can be reached. Plaintiff's counsel has indicated that they have no objection to this motion and that it is likely that the case will settle. However, if a settlement is not reached, the parties will require additional time to conduct depositions.

In addition, Plaintiff Carylon Cooper ("Plaintiff") has yet to respond to Defendant's written discovery requests. Defendant first served Plaintiff with a request for production of documents and interrogatories on December 12, 2007. Plaintiff granted Defendant several extensions of time within which to answer discovery, the last of which made Plaintiff's responses due on March 12, 2008. To date Plaintiff has not responded to the requested discovery. Contemporaneous with this Motion, Defendant is a also filing a Motion to Compel

Plaintiff to respond to its discovery requests. The enlarged deadline Defendant requests will permit the parties to complete adequate discovery, without prejudice to either party.

HEAD START BOARD OF
DIRECTORS, INC.

By its attorneys,

/s/ Neal J. McNamara
Stacie Boeniger Collier (#6059)
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
scollier@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: May 23, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion to Extend Time for Discovery will be served upon Stephen T. Fanning, Esq., Law Office of Stephen T. Fanning, 305 South Main Street, Providence, RI 02903 via the United States District Court's electronic filing system on this 23rd day of May, 2008.

/s/ Neal J. McNamara