UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CARYLON COOPER,<br><br>Plaintiff,<br>v.<br><br>HEAD START BOARD OF DIRECTORS, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-340S |

**DEFENDANT HEAD START BOARD OF DIRECTORS, INC.'S MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 37, Defendant Head Start Board of Directors, Inc. ("Defendant") hereby requests that this Court order Plaintiff Carylon Cooper ("Plaintiff") to provide responses to Defendant's First Request for Production of Documents and First Set of Interrogatories ("Discovery Requests"), copies of which are attached hereto as Exhibit A.

Plaintiff's responses to Defendant's discovery requests were due on January 12, 2008. Plaintiff has failed to respond to and or object to Defendant's Discovery Requests despite receiving several extensions of time from Defendant within which to respond. At this point, Plaintiff has waived her right to object to the Discovery Requests.

For the foregoing reasons, Defendant requests that this Court order Plaintiff to provide responses to Defendant's Discovery Requests within ten (10) days of the date of the hearing on, or determination of, this motion.

Respectfully submitted,

HEAD START BOARD OF
DIRECTORS, INC.

By its attorneys,

/s/ Neal J. McNamara _
Stacie Boeniger Collier (#6059)
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
scollier@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: May 23, 2008

RULE 37(a) CERTIFICATION

The undersigned hereby certifies that he attempted to, in good faith, confer with Plaintiff's counsel in an attempt to secure responses to the requested discovery without court action.

/s/ Neal J. McNamara

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion to Compel Discovery Responses will be served upon Stephen T. Fanning, Esq., Law Office of Stephen T. Fanning, 305 South Main Street, Providence, RI 02903 via the United States District Court's electronic filing system on this 23rd day of May, 2008.

/s/ Neal J. McNamara