**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CARYLON COOPER,
Plaintiff

C.A. No. 07-340 S

v.

HEAD START BOARD OF DIRECTORS, INC.
Defendant

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OBJECT OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have up to and including June 16, 2008 to object to or otherwise respond to Defendant's Motion to Compel Plaintiff to Respond to Defendant's Discovery Requests.

Respectfully Submitted,
Plaintiff,
Carylon Cooper
By her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Head Start Board of Directors, Inc.
By Its Attorney,

/s/ Neal J. McNamara
Neal J. McNamara, Esq. (#4249)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-272-9200

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Neal J. McNamara nmcnamara@nixonpeabody.com by electronic mail on this 9th day of June, 2008.

/s/ Stephen T. Fanning